UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH CAFARO,

        Plaintiff,

vs.                                  Case No. 8:14-CV-911-T-27EAJ

JURISCO BOND, et al.,

        Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation submitted by Magistrate Judge recommending that Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* and Affidavit (Dkt. 13) be denied. (Dkt. 15). Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed. After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that the Report and Recommendation (Dkt. 15) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Plaintiffs' Motion for Leave to Appeal *In Forma Pauperis* (Dkt. 13) is **DENIED**.

**DONE AND ORDERED** this 10th day of September, 2014.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Parties & Counsel of Record